IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-31219
_____

ALVIN MATTHEWS; CAROLYN MATTHEWS,

                                        Plaintiffs-Appellants,

versus

TRACY GANDY, individually & in his official
capacity as a law enforcement officer
of the city of New Iberia;
JOHN MEDLIN, individually & in his official
capacity as a law enforcement officer
of the city of New Iberia;
STEVE DAVIS, individually & in his official
capacity as Chief of Police
of the City of New Iberia;
CITY OF NEW IBERIA,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(99-CV-1348)
_____

July 12, 2001

Before HIGGINBOTHAM and BENAVIDES, Circuit Judges, and LITTLE[*],
District Judge.

PER CURIAM:[**]

_____

   [*]   District Judge of the Western District of Louisiana,
sitting by designation.

   [**]  Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

We are not persuaded that there was a genuine issue of fact regarding the officers' pursuit of an individual to the home of the plaintiffs. That the identity of the person fleeing the police is disputed is not material to the issue of the officers' qualified immunity from money damages.

AFFIRMED.